UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
OCT 08 2019
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

GORDON DRUCKER,

Plaintiff,

-vs-

PETER WHITTAKER,

Defendant.

DECISION & ORDER

17-CV-6033

This action, originally filed in Monroe Supreme Court, was removed to this Court in January 2017. The only defendant served in the action, Amerique Philyaw, moved for summary judgment (Dkt. #2) based on a lack of personal jurisdiction. Plaintiff's attorney, by letter (Dkt. #4) stated he did not oppose the motion and an order was duly entered on March 6, 2017 granting summary judgment and dismissed the action against Ms. Philyaw.

Over two years have passed and there is no indication that the other named defendant has ever been served and plaintiff has taken no other action to prosecute the case.

Therefore, this case is hereby dismissed for failure to prosecute the action pursuant to Fed. R. Civ. P. 41.

IT IS SO ORDERED.

Dated: October 7, 2019
Rochester, New York

DAVID G. LARIMER
United States District Judge