AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of NY

| | | |
|---|---|---|
| GORDON DRUCKER, *Plaintiff* | ) | |
| v. | ) | Civil Action No. 17CV6033 DGL |
| PETER WHITTAKER, *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☒ other: This case is dismissed for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☒ decided by Judge David G. Larimer on a motion for n/a dismissing case for failure to prosecute.

Date: 10/09/2019

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*